**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Antwan Ramal THOMAS,**
**Defendant-Appellant.**

**No. 15-15443**
**Non-Argument Calendar**

United States Court of Appeals, Eleventh Circuit.

(May 5, 2017)

Jillian M. Jewell, Cherie Krigsman, Arthur Lee Bentley, III, Anita M. Cream, U.S. Attorney's Office, Tampa, FL, Embry Jerode Kidd, U.S. Attorney's Office, Orlando, FL, for Plaintiff-Appellee

Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, Antwan Ramal Thomas, RRM Orlando, Community Corrections Office, Wildwood, FL, for Defendant-Appellant

Before HULL, WILSON and ANDERSON, Circuit Judges.

PER CURIAM:

Meghan Ann Collins, appointed counsel for Antwan Thomas in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Thomas's conviction and sentence are **AFFIRMED.**